| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | KAREN A. ESCOBAR |
| | Assistant United States Attorney |
| 3 | 2500 Tulare St., Room 4401 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-CR-00240 JLT-SKO |
| Plaintiff, | ORDER |
| v. | **(UNDER SEAL)** |
| ANA MARGARITA VALDEZ-TORRES, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The indictment and arrest warrant in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated: **February 7, 2022**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE