PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00240-JLT-SKO |
| Plaintiff, | STIPULATION; ORDER |
| v. | DATE: August 8, 2023 |
| ANA MARGARITA VALDEZ-TORRES, | TIME: 10:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 8, 2023.

2. By this stipulation, defendants now move to set this matter for a change of plea on April 3, 2023 at 10:00 a.m. Time was previously excluded to and through August 8, 2023.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION; [P~~ROPOSED~~] ORDER       1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated:  March 8, 2023 | /s/ TIMOTHY P. HENNESSY<br>TIMOTHY P. HENNESSY<br>Counsel for Defendant<br>ANA MARGARITA VALDEZ-TORRES |

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **March 9, 2023**

UNITED STATES DISTRICT JUDGE