1  **HENNESSY LAW GROUP**
   Timothy P. Hennessy, State Bar No. 286317
2  l215 "L" Street
   Bakersfield, CA 93301
3  Tel: (661) 237-7179
4  Email : tph@hennessyatlaw. com

5  Attorney for:
   **Ana Margarita Valdez-Torres**
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00240-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **Ana Margarita Valdez-Torres**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, ANA MARGARITA VALDEZ-TORRES, by and through her attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday, July 24, 2023, be continued to Monday, August 21, 2023.

   Defense counsel was in an extended state trial *People vs. Trezell West BF188340A* and needs additional time to brief and review supporting documents. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the matter.

   **IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED: June 15, 2023                          */s/ Timothy Hennessy*
                                              TIMOTHY HENNESSY
                                              Attorney for Defendant
                                              Ana Margarita Valdez-Torres

1

DATED: June 15, 2023                                     */s/Karen Escobar*
　　　　　　　　　　　　　　　　　　　　　　　　　　KAREN ESCOBAR
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the sentencing currently set for Monday, July 24, 2023, be continued to Monday, August 21, 2023.

IT IS SO ORDERED.

Dated: June 16, 2023

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

2