**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l5 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**ANA MARGARITA VALDEZ-TORRES**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ANA MARGARITA VALDEZ-TORRES**,<br><br>Defendants. | Case No.  1:20-cr-00240-JLT-SKO<br><br>STIPULATION AND ORDER TO EXTEND THE REPLY OR STATEMENT OF NON-OPPOSITION |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANA MARGARITA VALDEZ-TORRES, by and through his attorney of record, Timothy Hennessy hereby requesting that the current date set for the Reply or Statement of Non-Opposition currently set for Monday, August 14, 2023, be extended to Wednesday August 16, 2023.   Defense counsel was involved in multiple unforeseen litigations and court appearances in the matter of *1:22-cr-00213-ADA-BAM USA v. Barrett* and needs additional time to brief and review supporting documents. I have spoken to AUSA Karen Escobar, and she has no objection to extending the date.  In addition, all counsel has agreed to extend the date.

1

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED: August 14, 2023                        */s/ Timothy Hennessy*
                                                       TIMOTHY HENNESSY
                                                         Attorney for Defendant
                                                         Ana Margarita Valdez-Torres

DATED: August 14, 2023                        */s/Karen Escobar*
                                                         KAREN ESCOBAR
                                                         Assistant U.S. Attorney

## **ORDER**

The Reply or Statement of Non-Opposition currently set for Monday, August 14, 2023, be extended to Wednesday, August 16, 2023.

IT IS SO ORDERED.

Dated:   **August 14, 2023**                                                                       
UNITED STATES DISTRICT JUDGE