1  **HENNESSY LAW GROUP**

2  Timothy Hennessy State Bar No. 286317
1217 L Street

3  Bakersfield, CA 93301

4  Tel: (661) 237-7179
Fax: (661) 742-1898

5  Email: tph@hennessyatlaw.com

6

7  Attorney for ANA MARGARITA VALDEZ-TORRES

UNITED STATES DISTRICT COURT

8
EASTERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-cr-00240-JLT-SKO |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |
| ANA MARGARITA VALDEZ-TORRES, | |
| Defendant. | |

11

12

13

14

15

16

17

18      On November 18, 2021, Ana Margarita Valdez-Torres was indicted on federal charges.

19  Timothy Hennessy was appointed as trial counsel to represent Mrs. Valdez-Torres on 1:20-cr-

20  00240-JLT-SKO in her criminal case.  Mrs. Valdez-Torres was sentenced pursuant to a plea

21  agreement on August 21, 2023.  The time for filing a direct appeal was September 12, 2023.  No

22  direct appeal was filed.   Mrs. Valdez-Torres was out custody at sentencing. Having completed his

23  representation of Mrs. Valdez-Torres, Timothy Hennessy now moves to terminate his appointment

24  under the Criminal Justice Act.

25

26  /

27  //

28

1  ///

2      Should Mrs. Valdez-Torres require further legal assistance she has been advised to

3  contact the Office of the Federal Defender for the Eastern District of California by mail at 2300

4  Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-

5  4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist

6  him/her.

7

8  Dated: September 13, 2023                Respectfully submitted,

9

10                                         /s/*Timothy Hennessy*
                                           Timothy Hennessy
11                                         Attorney for Ana Margarita Valdez-Torres

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Ana Margarita Valdez-Torres at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Ana Margarita Valdez-Torres
Kendrea Street #60
McFarland, California 93250

IT IS SO ORDERED.

Dated:   **September 13, 2023**                    _Jennifer L. Thurston_
                                                                  UNITED STATES DISTRICT JUDGE