PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANA MARGARITA VALDEZ-TORRES,<br><br>Defendant. | CASE NO. 1:20-CR-240 JLT-SKO<br><br>ORDER DECLARING REVOCATION AND FORFEITURE OF BOND<br><br>. |

Having found that the defendant has violated the conditions of her release and in consideration of the government's *ex parte* motion for declaration of revocation and forfeiture of bond,

IT IS HEREBY ORDERED that the collateral posted on behalf of the above-named defendant in this matter, to wit: one 2010 Volkswagen, California license plate # 6KZY726, VIN 3VWRZ7AJ9AM043289, registered to Ana Valdez, is revoked and ordered forfeited forthwith.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue the writ of execution submitted by counsel for the United States to the U.S. Marshal, which shall take all necessary steps to execute this order.

IT IS SO ORDERED.

Dated:  **October 19, 2023**

_____
UNITED STATES DISTRICT JUDGE

ORDER                                             1